U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

SEP 2 4 2008

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 08-00258 |
| | * | |
| | * | 18 U.S.C. § 113(a)(6) |
| VERSUS | * | |
| | * | |
| | * | JUDGE DEE D. DRELL |
| JONATHAN TOMPKINS & | * | MAGISTRATE JUDGE KIRK |
| BRADY WITCHER | | |

## INDICTMENT

THE GRAND JURY CHARGES:

### Count 1
18 U.S.C. § 113(a)(6)
(Assault Resulting in Serious Bodily Injury)

On or about June 24, 2008, in the Western District of Louisiana, the Defendants, **JONATHAN TOMPKINS** and **BRADY WITCHER**, at a place within the special maritime and territorial jurisdiction of the United States, namely the U.S. Penitentiary in Pollock, Louisiana, did forcibly assault M.H., an inmate at the U.S. Penitentiary in Pollock, Louisiana, resulting in serious bodily injury to M.H., all in violation of Title 18, United States Code, Section 113(a)(6). [18 U.S.C. § 113(a)(6)].

A TRUE BILL:

DONALD W. WASHINGTON
United States Attorney

By: CYTHERIA D. JERNIGAN (D.C. Bar #494742)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
Phone: (318) 676-3600