UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

DATE.: SEPTEMBER 24, 2008
TAPE NO.: FTR GOLD DIGITAL AUDIO                              TIME: 00:10
PRESENT: MARK L. HORNSBY - U.S. MAGISTRATE JUDGE
         MARCIA W. CASSANOVA - COURTROOM DEPUTY               **GRAND JURY REPORT**

__X__ Partial Report/Final Report   ____ Jurors excused subject to call.


### SEALED INDICTMENTS

| CASE NUMBER | WARRANT/SUMMONS |
|---|---|
| 08-cr-00269-01 | Arrest Warrant to issue. |
| 08-cr-00269-02 | Arrest Warrant to issue. |
| 08-cr-00269-03 | Arrest Warrant to issue. |
| 08-cr-00269-04 | Arrest Warrant to issue. |
| 08-cr-00269-05 | Arrest Warrant to issue. |
| 08-cr-00269-06 | Arrest Warrant to issue. |
| 08-cr-00269-07 | Arrest Warrant to issue. |
| 08-cr-00269-08 | Arrest Warrant to issue. |
| 08-cr-00270-01 | Arrest Warrant to issue. |

The oral motion to seal these indictments is granted, and these indictments are ordered sealed and withheld from the public until such time as the defendant(s) come into federal custody.


### OPEN INDICTMENTS

| CASE NUMBER | WARRANT/SUMMONS |
|---|---|
| 08-cr-00255-01 | ASR to be prepared at a later date. |
| 08-cr-00257-01 | ASR to be prepared for IAP before Magistrate Judge Kirk on November 10, 2008 at 11:00 a.m. |
| 08-cr-00258-01 | ASR to be prepared for IAP before Magistrate Judge Kirk on November 10, 2008 at 11:00 a.m. |
| 08-cr-00258-02 | ASR to be prepared for IAP before Magistrate Judge Kirk on November 10, 2008 at 11:00 a.m. |
| 08-cr-00259-01 | ASR to be prepared for Arraignment and Detention Hearing before Magistrate Judge Kirk on October 24, 2008, at 10:30 a.m. |

__X__ Warrants/summons ordered issued as indicated.