U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 1 2 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 08-00258-02 |
| | * | |
| VERSUS | * | JUDGE DEE D. DRELL |
| | * | |
| BRADY WITCHER | * | MAGISTRATE JUDGE KIRK |

### ELEMENTS OF OFFENSE

### ASSAULT RESULTING IN SERIOUS BODILY INJURY
### 18 U.S.C. § 113(a)(6)

**Title 18, United States Code, Section 113(a)(6)**, makes it a crime for anyone to commit an assault resulting in serious bodily injury.

In order for the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

*First*, the defendant intentionally [[struck] [wounded]] [[*victim*]]; and

*Second*, as a result, [*victim*] suffered serious bodily injury.[1]

"Serious bodily injury" is defined in 18 U.S.C. §§ 113(b)(2) and 1365(g)(3).

---

[1] Ninth Circuit pattern instructions.



UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 08-00258-02** |
| | * | |
| **VERSUS** | * | **JUDGE DEE D. DRELL** |
| | * | |
| **BRADY WITCHER** | * | **MAGISTRATE JUDGE KIRK** |

### UNDERSTANDING OF MAXIMUM PENALTY AND CONSTITUTIONAL RIGHTS

I, **BRADY WITCHER**, the above-named defendant, having been furnished a copy of the charge and having discussed same with my attorney, state that I understand the nature of the charge against me and the maximum possible penalty that may be imposed against me as set forth in the Plea Agreement.

I further state that I understand:

1. My right to be represented by counsel (a lawyer) of my choice, or if I cannot afford counsel, my right to be represented by court-appointed counsel at no cost to me;

2. My right to plead guilty or not guilty;

3. My right to have a jury trial with twelve jurors who must all agree as to my guilt in order to convict;

4. My right not to be required to testify against myself or at all, if I do not so desire;

5. My right to confront and cross-examine witnesses against me and my right to have compulsory process to require witnesses to testify.

I realize that by pleading guilty, I stand convicted of the crime charged and waive my privilege against self-incrimination, my right to jury trial, my right to confront and cross-examine witnesses, and my right of compulsory process.

I further state that my plea in this matter is free and voluntary and that it has been made without any threats or inducements whatsoever (except the Plea Agreement) from anyone associated with the State or United States Government or my attorney, and that the only reason I am pleading guilty is that I am in fact guilty as charged.

Thus done and signed this __19__ day of December, 2008.


_____
BRADY WITCHER
Defendant


_____
ALLEN L. SMITH, III
Attorney for Defendant